IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HELEN KREMS, | ) | CASE NO. 1:17-cv-00046-PAG |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | MAG. JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| ABSOLUTE ROOFING & | ) | |
| CONSTRUCTION, INC., | ) | |
| | ) | **STIPULATED NOTICE OF DISMISSAL** |
| Defendant. | ) | **AND JUDGMENT ENTRY** |
| | ) | |

We, the attorneys for the respective parties, do hereby stipulate that any and all claims of Plaintiff are settled and dismissed, with prejudice, at Defendant's costs, and that the Court may enter an order accordingly, notice by the Clerk hereby waived.

s/ *Joseph N. Cindric* (PER E-MAIL CONSENT)

**JOSEPH N. CINDRIC (0092624)**
GOLDSTEIN & GOLDSTEIN CO., L.P.A.
55 Public Square, Suite 2075
Cleveland, OH 44113
(216) 241-6677 - Phone
(216) 241-3748 - Fax
joseph@gnglawyers.com

*Counsel for Plaintiff*

s/ *Julie L. Juergens*

**JULIE L. JUERGENS (0066873)**
GALLAGHER SHARP LLP
Sixth Floor - Bulkley Building
1501 Euclid Avenue
Cleveland, OH 44115
(216) 241-5310 – Phone
(216) 241-1608 – Fax
jjuergens@gallaghersharp.com

*Counsel for Defendant*

/s/ Patricia A. Gaughan        8/17/17

**JUDGE PATRICIA A. GAUGHAN**